**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**
BY: JUSTIN A. BAYER, ESQUIRE
ATTORNEY I.D. NO. 032722004
510 Swede Street
Norristown, PA 19401
(610) 275-2000

Attorney for Defendants
*First Transit, Inc., First Student, Inc.,*
*New Jersey Transit and Carl S.*
*Watts*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIANNE PODOLSKI | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FIRST TRANSIT, FIRST TRANSIT BUS | : | |
| SERVICES SOLUTIONS COMPANY, FIRST | : | |
| TRANSIT, INC., FIRST STUDENT, INC. a/k/a | : | |
| FIRST GROUP AMERICA, SOUTHEASTERN | : | |
| PENNSYLVANIA TRANSPORTATION | : | |
| AUTHORITY, NEW JERSEY TRANSIT, CARL | : | |
| S. WATTS, AND JOHN DOES 1 THROUGH 100 | : | |

## NOTICE TO PLAINTIFF

**TO:**   Michael J. Dennin, Esquire
Law Offices of Vincent J. Ciecka, P.C.
5709 Westfield Avenue
Pennsauken, NJ 08110

**PLEASE TAKE NOTICE** that Defendants, First Transit, Inc., First Student, Inc., New Jersey Transit and Carl S. Watts have filed a Petition in the District of New Jersey for the removal of an action now pending in the Superior Court of New Jersey, Law Division, Camden County, entitled, Marianne Podolski v. First Transit, Inc., et al; docket No. CAM-L-2316-15.

**FURTHER TAKE NOTICE** that Petitioners, First Transit, Inc., First Student, Inc., New Jersey Transit and Carl S. Watts have at the same time filed with the United States District Court for the District of New Jersey a copy of the Complaint served upon it, which was filed and entered in the Superior Court of New Jersey, Law Division, Camden County.

A copy of said Petition for Removal is attached to this Notice and is hereby served upon you.

**KANE, PUGH, KNOELL, TROY & KRAMER LLP**

BY: ___/s/ Justin A. Bayer, Esquire_____
JUSTIN A. BAYER, ESQUIRE

00174065.1