**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**
BY:  JUSTIN A. BAYER, ESQUIRE
ATTORNEY I.D. NO.  032722004
510 Swede Street
Norristown, PA 19401
(610) 275-2000

Attorney for Defendants
*First Transit, Inc., First Student, Inc.,*
*New Jersey Transit and Carl S.*
*Watts*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIANNE PODOLSKI | : | NO. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FIRST TRANSIT, FIRST TRANSIT BUS SERVICES SOLUTIONS COMPANY, FIRST TRANSIT, INC., FIRST STUDENT, INC. a/k/a FIRST GROUP AMERICA, SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, NEW JERSEY TRANSIT, CARL S. WATTS, AND JOHN DOES 1 THROUGH 100 | : | |

**PRAECIPE TO FILE COPY OF NOTICE OF REMOVAL**

TO THE PROTHONOTARY:

As provided under 28 U.S.C. Section 1446(d), please file the attached as certified copy of the Notice of Removal of Defendants, First Transit, Inc., First Student, Inc., New Jersey Transit and Carl S. Watts in the United States District Court for the District of New Jersey on September 13, 2017.

Respectfully submitted,

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY: /s/ Justin A. Bayer, Esquire
  **JUSTIN A. BAYER, ESQUIRE**

00174065.1